1  Brendan W. Brandt, State Bar No. 150603
   **VARNER & BRANDT LLP**
2  3750 University Avenue, Suite 610
   Riverside, California 92501
3  Telephone: (951) 274-7777
   Facsimile: (951) 274-7770
4
   Attorneys for Petitioner,
5  STATER BROS. MARKETS

JS6

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
FD JAN 29 PM 2:28
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| STATER BROS. MARKETS, A CALIFORNIA CORPORATION,<br><br>            Petitioner,<br>vs.<br><br>TEAMSTERS LOCAL UNION 63 ON BEHALF OF ROBIN GILBERT,<br><br>            Respondents. | CASE NO. CV 10 - 00445 R (Ex)<br><br>[~~PROPOSED~~] ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT |

    The Petition of Stater Bros. Markets for an order confirming an arbitration award, came on regularly for hearing before this court on **March 15**, 2010. Petitioner, Stater Bros. Markets, appeared by its counsel, Brendan W. Brandt. Respondent, Teamsters Local Union 63 on behalf of Robin Gilbert [~~appeared by counsel~~ _____ ☒ made no appearance.

/ / /
/ / /
/ / /
/ / /
/ / /

1

    Proof having been made to the satisfaction of the court that the Petition should be granted.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

    1.    The award of John J. Baruch, dated August 4, 2007, is confirmed in all respects.

    2.    The Clerk is directed to enter this Order and Judgment forthwith as the final judgment of the Court.

DATED: __March 15__, 2010

_____
JUDGE OF THE DISTRICT COURT